| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br>David Biderman, Bar No. 101577<br>dbiderman@perkinscoie.com<br>Sara L. Chenetz, Bar No. 206936<br>SChenetz@perkinscoie.com<br>PERKINS COIE LLP<br>1888 Century Park East, Suite 1700<br>Los Angeles, CA 90067<br>Telephone: (310) 788-9900<br>Facsimile: (310) 788-3399<br><br>☐ Individual *appearing without an attorney*<br>☒ Attorney for: U.S. Bank, N.A. , as Trustee etc. | FOR COURT USE ONLY |
|---|---|

### UNITED STATES BANKRUPTCY COURT
### CENTRAL DISTRICT OF CALIFORNIA - RIVERSIDE DIVISION

| In re:<br>DOUGLAS SCOTT DIER and<br>GUADALUPE DIER,<br><br><br>Debtor(s) | CASE NO.: 6:10-bk-39284 WJ<br>CHAPTER: 13 |
|---|---|
| | **NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE RE: MOTION FOR ENTRY OF ORDER WITHOUT HEARING OR ON 48 COURT HOURS NOTICE ON MOTION FOR MODIFICATION OF AUGUST 2, 2018 ORDER TO SHOW CAUSE TO CHANGE CALIBER HOME LOANS, INC. REPRESENTATIVE THAT IS REQUIRED TO APPEAR WITHOUT HEARING OR ALTERNATIVELY; DECLARATION OF DAVID BIDERMAN IN SUPPORT THEREOF** |

PLEASE TAKE NOTE that the order titled **ORDER SCHEDULING HEARING ON MOTION FOR MODIFICATION OF AUGUST 2, 2018 ORDER TO SHOW CAUSE TO CHANGE CALIBER HOME LOANS, INC. REPRESENTATIVE THAT IS REQUIRED TO APPEAR** was lodged on *(date)* August 21, 2018 and is attached. This order relates to the Motion which is docket number 164.

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

David Biderman, State Bar No. 101577
dbiderman@perkinscoie.com
Sara L. Chenetz, State Bar No. 206936
schenetz@perkinscoie.com
PERKINS COIE LLP
1888 Century Park East, Suite 1700
Los Angeles, CA 90067-1721
Telephone: 310.788.9900
Facsimile: 310.788.3399

Attorneys for U.S. Bank, N.A., as Trustee
for LSF9 Master Participation Trust and
Caliber Home Loans, Inc.

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

RIVERSIDE DIVISION

| In re:<br><br>DOUGLAS SCOTT DIER and<br>GUADALUPE DIER,<br><br>De6tors. | Case No. 6:10-bk-39284 WJ<br><br>Chapter 13<br><br>**ORDER SCHEDULING HEARING ON MOTION FOR MODIFICATION OF AUGUST 2, 2018 ORDER TO SHOW CAUSE TO CHANGE CALIBER HOME LOANS, INC. REPRESENTATIVE THAT IS REQUIRED TO APPEAR**<br><br>No Hearing Required |
|---|---|

The Court having reviewed and considered the Motion for Modification of August 2, 2018 Order to Show Cause [Docket No. 146] ("Motion"), and the declarations in support thereof, which together are docketed in the case at Docket No. 165, and the Motion for Entry of Order Without Hearing on 48 Court Hours' Notice, and the declaration in support thereof, which are together docketed in the case at Docket No. 164 and the prior proceedings in this case, and the Court finding that notice of the Motion under the facts and circumstances presented is due and proper, and good cause appearing therefore, it is hereby ordered as follows:

LEGAL140955534.1

1.     A hearing (the "Hearing") on the Motion shall be held in the United States Bankruptcy Court for the Central District of California, 3420 Twelfth Street, Courtroom 304, Riverside, CA 92501, on August __, 2018 at ___.m.

2.     Any objections to the relief sought in the Motion may be presented at the Hearing. Appearances by telephone at the Hearing are permitted.

3.     Counsel for Caliber is ordered to serve a copy of this order, the Motion and all pleadings in support of the Motion on counsel for the Debtors and the law firms of Malcolm Cisneros and McCarthy & Holthus LLP via email on or before August __, 2018 and to file proof of service with the Court in advance of the Hearing.

IT IS SO ORDERED.

#####

LEGAL140955534.1

-2-

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

1888 Century Park East, Suite 1700
Los Angeles, CA 90067

A true and correct copy of the foregoing document entitled: **NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) August 21, 2018, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**: On (*date*) August 21, 2018, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| August 21, 2018 | Caroline Mallahi | /s/ Caroline Mallahi |
|---|---|---|
| Date | Printed Name | Signature |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012*    Page 2    **F 9021-1.2.BK.NOTICE.LODGMENT**

70329-0614/140983006.1

## ATTACHED SERVICE LIST

<u>VIA ECF</u>

- Sara Chenetz    schenetz@perkinscoie.com,
    dlax@perkinscoie.com;cmallahi@perkinscoie.com;mduncan@perkinscoie.com
- Rod (WJ) Danielson (TR)    notice-efile@rodan13.com
- Brandye N Foreman    cdcaecf@bdfgroup.com
- Katelyn R Knapp    kknapp@mclaw.org
- Nancy L Lee    bknotice@mccarthyholthus.com, nlee@ecf.courtdrive.com
- Christina J O    christinao@mclaw.org, CACD_ECF@mclaw.org
- Lee S Raphael    ecfcca@ecf.courtdrive.com
- Todd L Turoci    mail@theturocifirm.com
- United States Trustee (RS)    ustpregion16.rs.ecf@usdoj.gov
- Kristin A Zilberstein    ecfnotifications@ghidottilaw.com

<u>Via U.S. Mail</u>

Arturo Cisneros
Brandye Foreman
Malcolm & Cisneros
2112 Business Center Drive
Irvine, CA  92612

Kristin A. Zilberstein
JaVonne Phillips
McCarthy & Holthus, LLP
1770 4th Avenue
San Diego, CA 92101

BANK OF AMERICA, N.A.
2380 Performance Dr.
Richardson, TX 75082

Back Bowl I, L.L.C.
C/O WEINSTEIN & RILEY PS
2001 WESTERN AVENUE
SUITE 400
SEATTLE, WA 98121

Ocwen Loan Servicing, LLC
Attn: Bankruptcy Department
1661 Worthington Rd
Suite 100
West Palm Beach,, FL 33409

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012*                                    Page 3                            **F 9021-1.2.BK.NOTICE.LODGMENT**
70329-0614/140983006.1