| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br>David Biderman, Bar No. 101577<br>dbiderman@perkinscoie.com<br>Sara L. Chenetz, Bar No. 206936<br>SChenetz@perkinscoie.com<br>PERKINS COIE LLP<br>1888 Century Park East, Suite 1700<br>Los Angeles, CA 90067<br>Telephone: (310) 788-9900<br>Facsimile: (310) 788-3399<br><br>☐ Individual *appearing without an attorney*<br>☒ Attorney for: U.S. Bank, N.A., as Trustee etc. | FOR COURT USE ONLY |
|---|---|

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - RIVERSIDE DIVISION**

| In re:<br>DOUGLAS SCOTT DIER and<br>GUADALUPE DIER,<br><br><br>Debtor(s) | CASE NO.: 6:10-bk-39284 WJ<br>CHAPTER: 13 |
|---|---|
| | **NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE RE: MOTION FOR MODIFICATION OF AUGUST 2, 2018 ORDER TO SHOW CAUSE TO CHANGE CALIBER HOME LOANS, INC. REPRESENTATIVE REQUIRED TO APPEAR; DECLARATION OF ERIC SMITH AND SARA CHENETZ IN SUPPORT THEREOF** |

PLEASE TAKE NOTE that the order titled **ORDER (1) GRANTING MOTION FOR MODIFICATION OF AUGUST 2, 2018 ORDER TO SHOW CAUSE TO CHANGE CALIBER HOME LOANS, INC. REPRESENTATIVE THAT IS REQUIRED TO APPEAR, AND (2) MODIFYING ORDER TO SHOW CAUSE [DOCKET NO. 146]** was lodged on (*date*) August 21, 2018 and is attached. This order relates to the Motion which is docket number 165.

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012                                                          Page 1                                          F 9021-1.2.BK.NOTICE.LODGMENT
70329-0614/140983006.1

1  David Biderman, State Bar No. 101577
   dbiderman@perkinscoie.com
2  Sara L. Chenetz, State Bar No. 206936
   schenetz@perkinscoie.com
3  PERKINS COIE LLP
   1888 Century Park East, Suite 1700
4  Los Angeles, CA 90067-1721
   Telephone: 310.788.9900
5  Facsimile: 310.788.3399

6  Attorneys for U.S. Bank, N.A., as Trustee
   for LSF9 Master Participation Trust and
7  Caliber Home Loans, Inc.

8

9              UNITED STATES BANKRUPTCY COURT

10              CENTRAL DISTRICT OF CALIFORNIA

11                    RIVERSIDE DIVISION

12

| In re: | Case No. 6:10-bk-39284 WJ |
|---|---|
| DOUGLAS SCOTT DIER and GUADALUPE DIER, | Chapter 13 |
| De6tors. | **ORDER (1) GRANTING MOTION FOR MODIFICATION OF AUGUST 2, 2018 ORDER TO SHOW CAUSE TO CHANGE CALIBER HOME LOANS, INC. REPRESENTATIVE THAT IS REQUIRED TO APPEAR, AND (2) MODIFYING ORDER TO SHOW CAUSE [DOCKET NO. 146]**<br><br>No Hearing Required |

The Court having reviewed and considered the Motion for Modification of August 2, 2018 Order to Show Cause [Docket No. 146] ("Motion"), and the declarations in support thereof, which together are docketed in the case at Docket No. 165, and the Motion for Entry of Order Without Hearing on 48 Court Hours Notice, and the declaration in support thereof, which are together docketed in the case at Docket No. 164 and the prior proceedings in this case, and the

LEGAL140955484.1

1  Court finding that notice of the Motion under the facts and circumstances presented is due and
2  proper, and good cause appearing therefore, it is hereby ordered as follows:
3      1.    The Motion is granted.
4      2.    Paragraph 6 of the Order to Show Cause, at Docket No. 146 ("OSC"), is hereby
5  revised to read as follows: "In addition, Eric Smith of Caliber Home Loans, Inc. is also ordered to
6  appear personally at the hearing on September 5, 2018 at 2:30 p.m. No appearances by telephone
7  are permitted for this hearing."
8      3.    All other provisions of the OSC remain in full force and effect.
9  IT IS SO ORDERED.

#####

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

1888 Century Park East, Suite 1700
Los Angeles, CA 90067

A true and correct copy of the foregoing document entitled: **NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) August 21, 2018, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**: On (*date*) August 21, 2018, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| August 21, 2018 | Caroline Mallahi | /s/ Caroline Mallahi |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012*                                   Page 2                              F 9021-1.2.BK.NOTICE.LODGMENT
70329-0614/140983006.1

## ATTACHED SERVICE LIST

### VIA ECF

- Sara Chenetz    schenetz@perkinscoie.com,
  dlax@perkinscoie.com;cmallahi@perkinscoie.com;mduncan@perkinscoie.com
- Rod (WJ) Danielson (TR)    notice-efile@rodan13.com
- Brandye N Foreman    cdcaecf@bdfgroup.com
- Katelyn R Knapp    kknapp@mclaw.org
- Nancy L Lee    bknotice@mccarthyholthus.com, nlee@ecf.courtdrive.com
- Christina J O    christinao@mclaw.org, CACD_ECF@mclaw.org
- Lee S Raphael    ecfcca@ecf.courtdrive.com
- Todd L Turoci    mail@theturocifirm.com
- United States Trustee (RS)    ustpregion16.rs.ecf@usdoj.gov
- Kristin A Zilberstein    ecfnotifications@ghidottilaw.com

### Via U.S. Mail

Arturo Cisneros
Brandye Foreman
Malcolm & Cisneros
2112 Business Center Drive
Irvine, CA 92612

Kristin A. Zilberstein
JaVonne Phillips
McCarthy & Holthus, LLP
1770 4th Avenue
San Diego, CA 92101

BANK OF AMERICA, N.A.
2380 Performance Dr.
Richardson, TX 75082

Back Bowl I, L.L.C.
C/O WEINSTEIN & RILEY PS
2001 WESTERN AVENUE
SUITE 400
SEATTLE, WA 98121

Ocwen Loan Servicing, LLC
Attn: Bankruptcy Department
1661 Worthington Rd
Suite 100
West Palm Beach,, FL 33409

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012*                                             Page 3                                       **F 9021-1.2.BK.NOTICE.LODGMENT**
70329-0614/140983006.1