JaVonne M. Phillips, Esq. SBN 187474
**McCarthy & Holthus, LLP**
1770 Fourth Avenue
San Diego, CA 92101
Phone (877) 369-6122 Ext. 2761
Fax (619) 685-4811
jphillips@mccarthyholthus.com

Attorney for McCarthy & Holthus, LLP

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

RIVERSIDE DIVISION

| | |
|---|---|
| In re | ) Case No. 6:10-bk-39284-WJ |
| | ) |
| | ) Chapter 13 |
| Douglas Scott Dier | ) |
| Guadalupe Dier aka Lupe Dier aka Guadalupe | ) |
| Gallardo aka Lupe Gallardo, | ) **DECLARATION OF JAVONNE** |
| | ) **PHILLIPS IN RESPONSE TO ORDER TO** |
| Debtors. | ) **SHOW CAUSE** |
| | ) |
| | ) Hearing: |
| | ) Date:   September 5, 2018 |
| | ) Time:  2:30 PM |
| | ) Ctrm:  304 |
| | ) Place: 3420 Twelfth Street |
| | )           Riverside, CA 92501 |

I, JaVonne Phillips, declare as follows:

1. I am employed by McCarthy & Holthus LLP ("The Firm") as the Partner who oversees the Bankruptcy Legal Department. I am over the age of 18 and I am competent to testify to the below recited information based upon my personal review of the relevant documents associated with this matter since I did not work on this matter before 2018. I am authorized to execute this declaration on behalf of The Firm.

2. I have practiced law for over 21 years and I have handled bankruptcy matters for The Firm and appeared before all of the California District Courts for over 15 years.

3. My current duties include oversight of the handling of bankruptcy matters on behalf of creditors, managing numerous support teams and attorneys who prepare and file documents with the courts, and being responsible for implementing departmental policies and procedures.

4. I had no knowledge of any inaccuracy with the information The Firm submitted to the Court regarding Caliber's books and records.

5. The Firm intended to provide accurate information to the Court based on the books and records of Caliber when the information was filed with this Court.

6. I have conducted an appropriate internal review with firm personnel including the current paralegal assigned to this matter and with the previously assigned attorney, Kristin Zilberstein, who is not currently employed with The Firm. Neither person nor any other person at The Firm had any reason to believe the information regarding Caliber's books and records was not an accurate reflection of those books and records at that time.

1  7. There is no other reason why The Firm thought the information provided by Caliber was not a true and correct reflection of Caliber's books and records at that time. The Firm did not participate in the adjustments made to Caliber's books and records that are recited in the August 20, 2018 Declaration of Eric Smith that was filed with Docket No. 161 in this case.

I declare under the penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on August 28, 2018 at San Diego, California.

/s/ JaVonne Phillips
JaVonne Phillips, Esq.
Partner, McCarthy & Holthus, LLP

M&H File No. CA-18-148063

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
1770 Fourth Avenue
San Diego, CA 92101

A true and correct copy of the foregoing document entitled (*specify*): **DECLARATION OF JAVONNE PHILLIPS IN RESPONSE TO ORDER TO SHOW CAUSE** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 8/28/2018, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

| **TRUSTEE** | **DEBTOR(S) COUNSEL** | **US TRUSTEE** |
|---|---|---|
| Rod Danielson (TR) | Todd L Turoci | ustpregion16.rs.ecf@usdoj.gov |
| notice-efile@rodan13.com | mail@theturocifirm.com | |

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) 8/28/2018, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**DEBTOR(S)**
Douglas Scott Dier, 14239 Bridge Street, Corona, CA 92880

Guadalupe Dier, 14239 Bridge Street, Corona, CA 92880

**JUDGE'S COPY**
The Honorable Judge, Wayne E. Johnson, United States Bankruptcy Court - Riverside Division, 3420 Twelfth Street, Suite 384, Riverside, CA, 92501-3819

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 8/28/2018 | Hue Banh | /s/ Hue Banh |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012* **F 9013-3.1.PROOF.SERVICE**

M&H File No. CA-18-148063

**ADDITIONAL SERVICE INFORMATION**

**SPECIAL NOTICE(S)**
Back Bowl, LLC, c/o Weinstein & Riley, P.S., Attn: Managing Agent, 2001 Western Ave., Ste. 400, Seattle, WA 98121

Bank Of America N.A., Attn: Managing Agent, 2380 Performance Drive, Richardson, TX 75082

Ocwen Loan Servicing, LLC, 1661 Worthington Rd Suite 100, West Palm Beach, FL 33409

**SPECIAL NOTICE(S)**
Caliber Home Loans, Inc.
cdcaecf@bdfgroup.com

Katelyn R Knapp
kknapp@mclaw.org

Perkins Coie LLP
dbiderman@perkinscoie.com

Perkins Coie LLP
SChenetz@perkinscoie.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                                                           **F 9013-3.1.PROOF.SERVICE**