David Biderman, State Bar No. 101577
dbiderman@perkinscoie.com
Sara L. Chenetz, State Bar No. 206936
schenetz@perkinscoie.com
**PERKINS COIE LLP**
1888 Century Park East, Suite 1700
Los Angeles, CA 90067-1721
Telephone: 310.788.9900
Facsimile: 310.788.3399

Attorneys for U.S. Bank, N.A., as Trustee
for LSF9 Master Participation Trust, and
Caliber Home Loans, Inc.

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## RIVERSIDE DIVISION

| | |
|---|---|
| In re:<br><br>DOUGLAS SCOTT DIER and<br>GUADALUPE DIER,<br><br>　　　　　Debtors. | Case No. 6:10-bk-39284 WJ<br><br>CHAPTER 13<br><br>**RESPONSE REGARDING<br>MEMORANDUM OF DECISION<br>REGARDING VARIOUS MATTERS<br>(DOCKET NO. 169)** |

U.S. Bank, N.A., as Trustee for LSF9 Master Participation Trust and Caliber Home Loans, Inc. on its behalf (collectively, "Caliber"), by and though their undersigned counsel, submits the following Response Regarding Memorandum of Decision Regarding Various Matters (Docket No. 169).

This Court's Memorandum of Decision (p. 4) notes, "The Court always prefers that the parties resolve matters without Court intervention" and (p. 5) that "Likewise, if the parties *are unable to settle the matter*, the Court will move the September 5th date to another date if that is more convenient for officers of Caliber to appear." (emphasis supplied)

141061495.1

1    Since the issuance of the Memorandum of Decision, both Caliber and the Debtors have

2    exchanged proposals and continue negotiating toward a resolution.  Caliber believes that the

3    settlement process would benefit from additional time to conclude the negotiations since those

4    discussions are ongoing.

5    If the Court wishes to proceed with a status conference on September 5, 2018 involving

6    only attorneys and no witnesses (which would also eliminate the need for the Debtors to take time

7    from work to appear), Caliber's attorneys will make themselves available at 2:30 p.m. on that

8    date to address the status of settlement discussions.  If, notwithstanding the ongoing negotiations,

9    the Court wishes to proceed with an evidentiary hearing involving witnesses, the September 5

10    date should be moved to a subsequent date.  Counsel for Caliber can coordinate with the Court's

11    staff to reset the evidentiary hearing for a subsequent date and time.

12

13    DATED: August 28, 2018                    **PERKINS COIE LLP**

14

15                                              By: */s/ Sara L. Chenetz*
                                                   Sara L. Chenetz

16                                              Attorneys for U.S. Bank, N.A. as Trustee for
                                                LSF9 Master Participation Trust and Caliber
17                                              Home Loans, Inc.

18

19

20

21

22

23

24

25

26

27

28

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I.  Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:  1888 Century Park East, Suite 1700, Los Angeles, California 90067

A true and correct copy of the foregoing document(s) described as

**RESPONSE REGARDING MEMORANDUM OF DECISION REGARDING VARIOUS MATTERS (DOCKET NO. 169)**

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On   **August 28, 2018**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

- Sara Chenetz    schenetz@perkinscoie.com, dlax@perkinscoie.com;cmallahi@perkinscoie.com;mduncan@perkinscoie.com
- Rod (WJ) Danielson (TR)    notice-efile@rodan13.com
- Brandye N Foreman    cdcaecf@bdfgroup.com
- Katelyn R Knapp    kknapp@mclaw.org
- Nancy L Lee    bknotice@mccarthyholthus.com, nlee@ecf.courtdrive.com
- Lee S Raphael    ecfcca@ecf.courtdrive.com
- Todd L Turoci    mail@theturocifirm.com
- United States Trustee (RS)    ustpregion16.rs.ecf@usdoj.gov
- Kristin A Zilberstein    ecfnotifications@ghidottilaw.com

☐                                                                          Service information continued on attached page

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served): On **August 28, 2018**, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Arturo Cisneros
Malcolm & Cisneros
2112 Business Center Drive, 2nd Floor
Irvine, CA 92612

70329-0614/LEGAL140949198.1

Matthew E. Podmenik
1770 4th Avenue
San Diego, CA 92101

BANK OF AMERICA, N.A.
2380 Performance Dr.
Richardson, TX 75082

Back Bowl I, L.L.C.
C/O WEINSTEIN & RILEY PS
2001 WESTERN AVENUE
SUITE 400
SEATTLE, WA 98121

Ocwen Loan Servicing, LLC
Attn: Bankruptcy Department
1661 Worthington Rd
Suite 100
West Palm Beach,, FL 33409

☐ Service information continued on attached page

**III.  SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on ***Fill in Date Document is Filed,*** I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| August 28, 2018 | Caroline Mallahi | /s/ Caroline Mallahi |
|---|---|---|
| Date | Type Name | Signature |

70329-0614/LEGAL140949198.1