1  Arturo Cisneros, #120494
   Christina J. O, #266845
2  MALCOLM ♦ CISNEROS, A Law Corporation
3  2112 Business Center Drive, Second Floor
   Irvine, California 92612
4  Phone: (949) 252-9400
   Facsimile: (949) 252-1032
5
   Malcolm ♦ Cisneros, A Law Corporation
6

7

8                    UNITED STATES BANKRUPTCY COURT

9        CENTRAL DISTRICT OF CALIFORNIA, RIVERSIDE DIVISION

10  In re                                    Bankruptcy Case No. 6:10-bk-39284-WJ

11  Douglas Scott Dier and Guadalupe Dier,   Chapter 13

12           Debtors.                        **DECLARATION OF ARTURO M.
13                                           CISNEROS OF MALCOLM ♦ CISNEROS, A
                                             LAW CORPORATION IN RESPONSE TO
14                                           COURT'S MEMORANDUM OF DECISION
                                             (DOCKET NO. 169)**
15

16
                                             Hearing Date: September 5, 2018
17                                           Time: 2:30PM
                                             Courtroom: 304
18                                           Place: United States Bankruptcy Court
19                                           3420 Twelfth Street, Riverside, CA 92501

20           I, Arturo M. Cisneros, declare,

21           1.      I am the majority Shareholder of the law firm of MALCOLM ♦ CISNEROS,

22  A Law Corporation ("MC").  I am over the age of 18 and competent to testify to the below

23  information.

24           2.      I have practiced law in the State of California for over 32 years.  I am one of

25  the founding Partners of MC and have handled bankruptcy matters for MC for approximately 26

26  years.  The paralegal and attorney that handled this matter are no longer with the firm.  However, I

27  have discussed this matter with the attorney (Brandye Foreman) who executed the Response to

28  Notice of Final Cure Payment filed on November 3, 2015 ("RNOFC") and my current staff

1  regarding the procedures employed for filing such notices.

2      3.      I have confirmed that the usual process employed for the RNOFC is to review

3  the Chapter 13 Trustee's notice; forward for client review; prepare a draft response based upon

4  client's records; and file same upon client approval.  Ms. Foreman did not have a specific

5  recollection of the facts of this case, but believes these procedures were followed.  However, I have

6  confirmed we followed these procedures in the case at hand.

7      4.      MC was not aware that information contained in the RNOFC was inaccurate

8  at the time of filing.

9      5.      MC filed the RNOFC with the intent to provide the Court with accurate

10  information and would never purposefully provide the Court with inaccurate information.

11      6.      There was no reason why MC believed the information provided by the client

12  was not an accurate reflection of the client's records when it filed the RNOFC.

13      I declare under the penalty of perjury under the laws of the State of California that the

14  foregoing is true and correct. Executed on August 28, 2018 at Riverside, California

15

16

17  _____

18  Arturo M. Cisneros

19

20

21

22

23

24

25

26

27

28

2

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

**2112 Business Center Drive**
**Irvine CA 92612**

A true and correct copy of the foregoing document entitled (*specify*): **DECLARATION OF ARTURO M. CISNEROS OF MALCOLM ♦ CISNEROS, A LAW CORPORATION IN RESPONSE TO COURT'S MEMORANDUM OF DECISION (DOCKET NO. 169)** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **August 28, 2018**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

CHAPTER 13 TRUSTEE: Rod (WJ) Danielson (TR)    notice-efile@rodan13.com
UST: United States Trustee (RS)    ustpregion16.rs.ecf@usdoj.gov
DEBTORS' ATTORNEY: Todd L Turoci    mail@theturocifirm.com
NOTICE: Sara Chenetz    schenetz@perkinscoie.com, dlax@perkinscoie.com; cmallahi@perkinscoie.com; mduncan@perkinscoie.com
NOTICE: Brandye N Foreman    cdcaecf@bdfgroup.com
NOTICE: Katelyn R Knapp    kknapp@mclaw.org
NOTICE: Nancy L Lee    bknotice@mccarthyholthus.com, nlee@ecf.courtdrive.com
NOTICE: Christina J O    christinao@mclaw.org, CACD_ECF@mclaw.org
NOTICE: Lee S Raphael    ecfcca@ecf.courtdrive.com
NOTICE: Kristin A Zilberstein    ecfnotifications@ghidottilaw.com

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) **August 28, 2018**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

HONORABLE BANKRUPTCY COURT JUDGE: Wayne E. Johnson, 3420 Twelfth Street, Riverside CA 92501
DEBTORS: Douglas Scott Dier & Guadalupe Dier, 14239 Bridge Street, Corona, CA 92880

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| August 28, 2018 | Erica F. Pedraza | |
|---|---|---|
| Date | Printed Name | Signature |

_This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California._

**SECTION 2 CONT.**
**BANK OF AMERICA, N.A.**
**2380 Performance Dr.**
**Richardson, TX 75082**

**Back Bowl I, L.L.C.**
**C/O WEINSTEIN & RILEY PS**
**2001 WESTERN AVENUE**
**SUITE 400**
**SEATTLE, WA 98121**

**Ocwen Loan Servicing, LLC**
**Attn: Bankruptcy Department**
**1661 Worthington Rd**
**Suite 100**
**West Palm Beach,, FL 33409**

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                              **F 9013-3.1.PROOF.SERVICE**